GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Defendant
i2a Technologies and Victor A. Batinovich

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>INTEGRATED PACKAGING ASSEMBLY CORP.,<br><br>Debtor. | Case No. 07-53563-ASW<br><br>Chapter 7 |
| CAROL W. WU, Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>i2a TECHNOLOGIES and VICTOR A. BATINOVICH,<br><br>Defendants. | A.P. No. 08-5333 |

## **DEFENDANTS' INITIAL DISCLOSURES**

Defendants i2a Technologies and Victor A. Batinovich hereby make the following disclosures pursuant to Rule 26.

**A.  The name and, if known, the address and telephone numbers of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.**

Response:

-1-

125427.DOC

1. Victor Batinovich has knowledge concerning all aspects of the complaint.

**B. A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to the disputed facts alleged with particularity in the pleadings:**

Response:

1. Photographs of the i2a Technologies signage after the sale of assets;

2. Invoices, checks and other business records reflecting that i2a Technologies' use and possession of the premises;

3. Asset Purchase Agreements dated September 3, 2003 and January 28, 2006;

4. iPac letter dated March 17, 2004 to landlord re change of tenant;

5. sample i2a invoice;

6. letter dated September 4, 2003 from Twin Advance to Batinovich re sale;

7. Most of plaintiff's claims are incomprehensible and do not state claims belonging to the trustee. Therefore, it is impossible to ascertain what documents constitute a defense to such claims.

**C. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including material bearing on the nature and extent of the injury suffered.**

Response:

Defendant is not seeking damages and therefore has no list of damage claims.

**D. For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of the judgment which may be entered in the action or to indemnify or reimburse for payments to satisfy the judgment:**

Response:

There is no relevant insurance policy.

DATED: April 13, 2010

| | |
|---|---|
| 1 | GOLDBERG, STINNETT, DAVIS & LINCHEY<br>A Professional Corporation |
| 2 | |
| 3 | By  /s/ Dennis D. Davis<br>    Attorneys for Defendants |
| 4 |     i2a Technologies and Victor A. Batinovich |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# CERTIFICATE OF SERVICE BY FIRST CLASS MAIL

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 44 Montgomery Street, Suite 2900, San Francisco, California 94104-4789; that on the date set out below, I served a copy of the following:

## DEFENDANTS' INITIAL DISCLOSURES

on each party listed below by placing such a copy, enclosed in a sealed envelope with first class postage thereon affixed, in a United States Postal Service mailbox at San Francisco, California, addressed to each party listed below.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, on April 22, 2010.

/s/ JEANNE ROSE

Linda Sorensen
Stromsheim & Associates
201 California Street, Suite 350
San Francisco, CA  94111

D. Brad Jones
Needham, Davis, Kepner & Young, LLP
1960 The Alameda, Suite 210
San Jose, CA  95126