GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
KATHERINE D. RAY, ESQ. CA Bar #121002
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Defendants
i2a Technologies and Victor A. Batinovich

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>INTEGRATED PACKAGING ASSEMBLY CORP.,<br><br>Debtor. | Case No. 07-53563-ASW<br><br>Chapter 7 |
| CAROL W. WU, Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>i2a TECHNOLOGIES and VICTOR A. BATINOVICH,<br><br>Defendants. | A.P. No. 08-5333<br><br>**Date: July 16, 2010**<br>**Time: 3:00 p.m.**<br>**Place: Courtroom 3020**<br>**280 South First Street**<br>**San Jose, CA**<br>**Judge: Hon. Arthur S. Weissbrodt** |

### DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants i2a Technologies and Victor A. Batinovich hereby move, pursuant to the provisions of Rule 56(b) of the Federal Rules of Civil Procedure, made applicable in this adversary proceeding by Rule 7056 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule ("LBR") 7056-1(a) of the above-entitled Court for the following relief as against plaintiff Carol W.

-1-

Wu, Trustee ("Trustee") of the chapter 7 estate of Integrated Packaging Assembly Corp., the debtor herein ("Debtor"):

    A.    Judgment on the Third and Eighth Claims for Relief set forth in the Complaint on the grounds that there are no material facts in dispute that the misconduct complained of – erroneous statements regarding the Debtor's status made by defendant Batinovich in his November 7, 2007 declaration filed in opposition to the landlord's expedited motion for relief from stay – does not constitute an abuse of the bankruptcy process by Defendants, given the disclosures which the Debtor and Batinovich made in late November 2007 and January 2008 regarding the Debtor's status following the Asset Sale.

    D.    Judgment on the Fifth Claim for Relief set forth in the Complaint on the grounds that there is no evidence that the assets and liabilities of the Debtor, Batinovich, and i2a are substantially the same or that their financial affairs are so intertwined that it is not feasible to separate them. Based on the lack of evidence by the Trustee on the issue and the lack of notice to Defendants' creditors or opportunity for such creditors to object to substantive consolidation of Defendants with the Debtor, the Trustee is not entitled to the extraordinary remedy of substantively consolidation as a matter of law.

    E.    Judgment on the Seventh Claim for Relief set forth in the Complaint on the grounds that (a) the Trustee cannot establish each of the elements required for equitable subordination of Batinovich's secured claim, and (b) i2a has not asserted a claim in the Debtor's case.

///
///
///
///
///
///
///
///

This Motion is based on the supporting Memorandum of Points and Authorities and declaration of Victor A. Batinovich, the Notice of Hearing relating thereto, all filed concurrently herewith, and upon all pleadings and other filings in this adversary proceeding and the Debtor's main bankruptcy case, and such other and further evidence and argument as may be introduced at the hearing of this Motion.

Dated: June 8, 2010

GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation

By:    /s/ Dennis D. Davis
Attorneys for Defendants
i2a Technologies and Victor A. Batinovich