GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Defendants
i2a Technologies and Victor A. Batinovich

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 07-53563-ASW |
| INTEGRATED PACKAGING ASSEMBLY CORP., | Chapter 7 |
| Debtor. | |
| CAROL W. WU, Trustee, | A.P. No. 08-5333 |
| Plaintiff, | Date: July 19, 2010 |
| vs. | Time: 3:15 p.m. |
| i2a TECHNOLOGIES and VICTOR A. BATINOVICH, | Place: Courtroom 3020 <br> 280 South First St. <br> San Jose, CA |
| Defendants. | Judge: Hon. Arthur S. Weissbrodt |

### **TRIAL SETTING CONFERENCE STATEMENT**

Defendants have filed a motion for partial summary judgment requesting that judgment be entered in favor of defendants on the third, fifth, seventh and eighth claims for relief. That matter is set for hearing on July 16, 2010 at 3:00 p.m.

The claims which were not subject to the defendants' motion for summary judgment (first, second, fourth and six claims) relate to the Trustee's alternate claims to be able to avoid the transfer

of a sale of assets under an Asset Purchase Agreement dated January 28, 2006, slightly less than two years prior to filing of the bankruptcy petition. The Trustee asserts alternate claims that the transfers were not avoided by adequate consideration or that the claims were avoidable under California Civil Code Section 3440 on the theory that the conveyance was a conveyance of personal property without delivery. The Trustee has conducted no discovery and has produced no evidence of any great significance. Thus, defendants believe that the trial can be concluded within one day. The matter is set for trial subject to the parties' and the court's calendar schedules.

Dated: July 2, 2010

GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation

By: /s/ Dennis D. Davis
Attorneys for Defendants
i2a Technologies and Victor A. Batinovich

## CERTIFICATE OF SERVICE BY FIRST CLASS MAIL

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 44 Montgomery Street, Suite 2900, San Francisco, California 94104-4789; that on the date set out below, I served a copy of the following:

## TRIAL SETTING CONFERENCE STATEMENT

on each party listed below by placing such a copy, enclosed in a sealed envelope with first class postage thereon affixed, in a United States Postal Service mailbox at San Francisco, California, addressed to each party listed below.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, on July 2, 2010.

/s/ JEANNE ROSE

Linda Sorensen
Stromsheim & Associates
201 California Street, Suite 350
San Francisco, CA  94111