# EXHIBIT C

Paul E. Manasian (130855)
Gregory A. Rougeau (194437)
MANASIAN & ROUGEAU LLP
400 Montgomery Street, Suite 1000
San Francisco, California 94104
Telephone: (415) 291-8425
Facsimile: (415) 291-8426

Attorneys for Plaintiff
INTEGRATED PACKAGING ASSEMBLY CORPORATION

# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SANTA CLARA

### UNLIMITED JURISDICTION

| | |
|---|---|
| INTEGRATED PACKAGING ASSEMBLY CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CANADA LIFE ASSURANCE COMPANY, a Canadian corporation; OLD OAKLAND ROAD ASSOCIATES, LLC, a Delaware limited liability company; and SOUTH BAY CONSTRUCTION AND DEVELOPMENT COMPANY I, a California corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 1 06 CV 074006<br><br>**DECLARATION OF GREGORY A. ROUGEAU IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED**<br><br>Date: March 5, 2007<br>Time: 8:30 a.m.<br>Dept. 16<br>Place: 191 N. First St.<br>San Jose, CA 95113 |

I, Gregory A. Rougeau, hereby declare:

1. I am an attorney duly licesneed t practice before this Court and all Courts in the State of California. I am a partner in the law firm of Manasian & Rougeau LLP, counsel to Plaintiff INTEGRATED PACKAGING ASSEMBLY CORPORATION, the Plaintiff herein (the

1

"Plaintiff" or "IPAC"). This Declaration is respectfully submitted in support of the Ex Parte Application (the "Application") filed herein by Plaintiff.

2. The facts set forth herein are based upon my own personal knowledge, except as to those matters alleged on information and belief, and, as to those matters, I believe them to be true. If called herein as a witness, I could and would testify as follows.

3. I am informed and believe that Plaintiff is in the business of electronics manufacturing and packaging, and operates from commercial premises located at 2221 Oakland Road, San Jose, California (the "Premises"). I am further informed and believe that Plaintiff has approximately 40 employees working in that facility.

4. Enclosed here collectively as Exhibit "A" are photographs of the Premises, taken during the week of February 26, 2007, at my direction. Such photographs display the intrusive leakage of material from the floor of the Premises, and evidence of leaking from the ceiling of the Premises, in the proximity of electrical equipment.

5. Enclosed hereto collectively as Exhibit "B" are letters sent on behalf of Plaintiff to OORA, at various times soon after OORA purchased the building in which the Premises are located, demanding that OORA take appropriate action to correct various deficiencies in the space. While I understand that OORA claims that it had someone take a look at the leaks coming from the roof some time in January 2007, nothing has been done about the remainder of the myriad of problems with the space. Despite OORA's failure to address these problems, it has insisted on receiving increased rent from Plaintiff, through service of various "Three Day Notices" demanding payment of such increased rent.

6. In accordance with Rule 379 of the California Rules of Court, on Thursday, March 1, 2007, I provided notice to counsel for all defendants in this case of Plaintiff's intention to appear before this Court.

| | |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the State of California that the |
| 2 | foregoing is true and correct. This Verification was executed on March 2, 2007 in San |
| 3 | Francisco, California. |
| 6 | _____<br>Gregory A. Rougeau |

3

DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER