Entered on Docket
October 05, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

```
REIDUN STRØMSHEIM # 104938
LINDA SORENSEN # 72753
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California  94111
Telephone:    (415) 989-4100
Fax:          (415) 989-2235
```

IT IS SO ORDERED.
Signed October 05, 2010

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

Attorneys for Plaintiff
CAROL W. WU, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>INTEGRATED PACKAGING ASSEMBLY CORP.<br>dba IPAC<br>Tax ID # 47-0929011<br>      Debtor.<br><br>CAROL W. WU, Trustee,<br>      Plaintiff,<br>v.<br><br>VICTOR A. BATINOVICH; i2a TECHNOLOGIES,<br>      Defendants. | Case No.  07-53563 ASW<br><br>Chapter 7<br><br><br><br><br><br>AP # 08-5333<br><br>Hearing: July 22, 2010<br>Time:    9:30 a.m. |

**ORDER ON CONTINUED HEARING REGARDING PARTIAL
SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE**

     This matter came on for additional hearing on July 22, 2010.  Appearances were as noted in the Record.  Rulings were made at the prior hearing on July 16, 2010, concerning the Defendants' Motion for Partial Summary Judgment ("Motion"), and the Court had continued for further consideration at this hearing Defendants' contention that Plaintiff should be precluded from presenting evidence of damages, and also the Case Management Conference previously set for July 19, 2010.  The Court having stated reasons for decision on the record, and good cause appearing therefor, it is hereby

ORDERED, that the Defendants' request for preclusion of Plaintiff's evidence of damages is hereby denied; and

FURTHER ORDERED, that Plaintiff Trustee shall file a main case motion for turnover of the Debtor's books and records of its financial affairs no later than July 30, 2010; and

FURTHER ORDERED, that Defendants shall serve their experts disclosure including an Expert Report no later than 60 days from July 22, 2010; and the Trustee shall take any deposition of Defendants' expert within 30 days from the service of the Expert Report; and

FURTHER ORDERED, that the continued Trial Setting Conference is hereby set on November 8, 2010 at 3:15 p.m.; and the parties shall file their updated statement(s) no later than seven days prior.

APPROVED AS TO FORM:

GOLDBERG, STINNETT, DAVIS & LINCHEY

By  *-NO RESPONSE FROM COUNSEL-*
Attorneys for Defendants

**END OF ORDER**

STROMSHEIM & ASSOCIATES

COURT SERVICE LIST

Dennis D. Davis
Goldberg, Stinnett & Linchey PC
44 Montgomery Street, Suite 2900
San Francisco, CA 94104

Linda Sorensen
Stromsheim & Associates
201 California Street, Suite 350
San Francisco, CA 94111