GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
44 Montgomery Street, Suite 850
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392
Email: kray@gsdllaw.com

Attorneys for Defendants
i2a Technologies and Victor A. Batinovich

**IT IS SO ORDERED.
Signed October 18, 2010**

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt
U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 07-53563-ASW |
| INTEGRATED PACKAGING ASSEMBLY CORP., | Chapter 7 |
| Debtor. | |
| CAROL W. WU, Trustee, | A.P. No. 08-5333 |
| Plaintiff, | |
| vs. | |
| i2a TECHNOLOGIES and VICTOR A. BATINOVICH, | |
| Defendants. | |

**ORDER AUTHORIZING GOLDBERG, STINNETT, DAVIS & LINCHEY,
<u>A PROFESSIONAL CORPORATION, TO WITHDRAW AS COUNSEL FOR DEFENDANTS</u>**

The Motion of Goldberg, Stinnett, Davis & Linchey, A Professional Company, For Order Authorizing Withdrawal As Counsel for Defendants (the "Motion") came on regularly for hearing on September 20, 2010. Appearances were made as noted in the record of this Court. Due and adequate notice of the Motion having been made and no opposition to the Motion having been filed or asserted by any party, and for good cause appearing,

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Motion is hereby GRANTED.

| | |
|---|---|
| 1 | 2. Defendants Victor A. Batinovich and i2a Technologies may be served at the following address: 3399 West Warren Avenue, Fremont, CA 94538. Defendants' business telephone number is: (510) 770-0322. Defendants' facsimile number is (510) 770-0313. |
| 2 | |
| 3 | |
| 4 | |
| 5 | **END OF ORDER** |

-2-

10584/127337.DOC

## COURT SERVICE LIST

Victor A. Batinovich
3399 West Warren Ave.
Fremont, CA 94538

i2a Technologies
Attn: Victor A. Batinovich, Chairman and CEO
3399 West Warren Ave.
Fremont, CA 94538

Linda Sorensen, Esq.
Stromshein & Associates
201 California Street, Suite 350
San Francisco, CA 94111
(Counsel for Carol W. Wu, Trustee and Plaintiff)

Office of the United States Trustee
280 South First Street, Suite 268
San Jose, CA 95113