D. BRAD JONES, CSB #126650
NEEDHAM, KEPNER, FISH & JONES LLP
1960 The Alameda, Suite 210
San Jose, CA 95126
(408) 244-2166
Fax: (408) 244-7815

Attorneys for Victor A. Batinovich
and i2a Technologies

The following constitutes the
Order of the Court. Signed 3/2 20 11

*[signature]*
HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>INTEGRATED PACKAGING ASSEMBLY CORPORATION, a California corporation, DBA IPAC<br>TAX ID # 47-0929011<br><br>    Debtor, | Case No. 07-53563 ASW<br><br>Chapter 7 |
| CAROL W. WU, Trustee<br><br>    Plaintiff,<br><br>    v.<br><br>VICTOR A. BATINOVICH; i2a TECHNOLOGIES<br><br>    Defendants. | AP # 08-5333 |

### ORDER TO CONTINUE TRIAL DATE

The parties, by and through their respective counsel, having so stipulated and good cause appearing, IT IS HEREBY ORDERED:

1. <u>Trial Date</u>. The current trial date of March 28, 2011 is hereby vacated and that the

1 | trial be continued and that a new trial date be set for the week of May 30, 2011 and June 6,
2 | 2011, or to a date thereafter in accordance with the Courts calendar for the weeks of
3 | _____, 2011, and _____, 2011.

2. <u>Procedures and Deadlines</u>. The remainder of the provision of the Court's Order Setting Trial [ECF #61] shall remain in effect, except that the filing/service deadline in Paragraph 2 of said Order shall be changed to whichever date is 14 days prior to the first date newly set by the Court when the trial shall commence or begin trailing status.

**END OF ORDER**

*[Handwritten note:]* This matter will be heard for trial setting on the Court's April CMC calendar set on April 8, 2011 at 3 p.m. The Court cannot fit this trial in when the stipulation requests. ASW

*[Handwritten initials circled:]* ASW

COURT SERVICE LIST

D. Brad Jones
Needham Kepner Fish & Jones LLP
1960 The Alameda, Suite 210
San Jose, CA 95126

Linda Sorensen
Stromsheim & Associates
201 California Street, Suite 350
San Francisco, CA 94111