REIDUN STRØMSHEIM # 104938
LINDA SORENSEN # 72753
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235

Attorneys for Trustee,
CAROL W. WU

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 07-53563 ASW |
| INTEGRATED PACKAGING ASSEMBLY CORP. Dba IPAC Tax ID # 47-0929011 | Chapter 7 |
| Debtor. | |
| CAROL W. WU, Trustee, Plaintiff, v. VICTOR A. BATINOVICH; i2a TECHNOLOGIES, Defendants. | AP # 08-5333 Telephonic: April 8, 2010 Time: 3:00 p.m. |

<u>UPDATED PLAINTIFF'S AND DEFENDANTS' TRIAL SETTING CONFERENCE STATEMENT</u>

Neither the Trustee nor Defendants have any additions to make to the updated Trial Setting Management Conference Statements filed in connection with the November 8, 2010 status conference, other than the fact that counsel for Defendants has changed affiliation, and is now:

D. Brad Jones
Law Offices of D. Brad Jones
440 N. First Street, Suite 100
San Jose, CA 95112
Phone: (408) 295-4000
Fax: (408) 342-6873
e-mail: brad@dbjlawoffices.com

Both sides believe that the month of November, 2011, is suitable for trial, which the Trustee believes will take about one day, and Defendants believe will take about 3-4 days.

Dated: April 5, 2011.

LAW OFFICES OF D. BRAD JONES

_/s/    D. Brad Jones_
Attorney for VICTOR A. BATINOVICH and i2a Technologies, Defendants

STROMSHEIM & ASSOCIATES

_/s/    Reidun Strømsheim_
Attorneys for
CAROL W. WU, Trustee, Plaintiff