FILED

MAY 1 6 2011

United States Bankruptcy Court
San Jose, California

**UNITED STATES BANKRUPTCY COURT**

**For The Northern District Of California**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 07-53563 -ASW |
| INTEGRATED PACKAGING ASSEMBLY CORP., | Chapter 7 |
| Debtor. | |
| CAROL W. WU, | Adversary No. 08-5333 |
| Plaintiff, | |
| v. | **ORDER SETTING TRIAL** |
| VICTOR A. BATINOVICH; i2a TECHNOLOGIES, | |
| Defendants. | |

Good cause appearing, IT IS HEREBY ORDERED:

1. <u>Trial Date</u>.  A trial will begin **during the week of October 31, 2011 at 9:00 a.m.**

2. <u>Trial Briefs</u>.

Trial Briefs shall be field by October 17, 2011.

3. <u>Trial Exhibits</u>.

Exhibits shall be exchanged by October 17, 2011. One exhibit binder shall be submitted to the Court by October 24, 2011.

The following additional provisions govern all exhibits except

ORDER

those used for purposes of impeachment.

(A)  All copies of exhibits shall be pre-marked.  Plaintiff's exhibits shall be identified numerically commencing with "Exhibit No. 1".  Defendants' exhibits shall be marked alphabetically commencing with "Exhibit No. A" through "Z", "AA" through "AZ", "BA" through "BZ", etc.

(B) If a party has ten (10) exhibits or less, the exhibits shall be marked with the party's number or letter in the lower right hand corner in ink.

(C) If a party has in excess of ten (10) exhibits, then the party's exhibits shall be assembled in a three ring binder(s).  No binder may exceed three inches in thickness.  The exhibits shall be divided by tabs extending beyond the page on the right hand side and the tab shall bear the number or letter of the exhibit.

(D) If a party has in excess of 25 exhibits, in addition to placing exhibits in tabbed binders, the party shall contact the Courtroom Deputy and obtain exhibit markers which shall be completed prior to submission of the party's exhibits.  Exhibit markers are to be affixed to the lower right hand corner of the exhibit provided, if the marker would cover any information on the exhibit, then the marker is to be affixed to the reverse side of the exhibit.

(E)  If a party has an exhibit in excess of 2 pages, the pages shall be numbered.

(F)  Each party shall prepare an Exhibit List in the attached form.  All items shall be completed with the exception of the date boxes pertaining to identification and admittance which are to be left blank.

ORDER

(G)   There shall be sufficient copies of exhibits for all counsel participating in the trial.

(H)   The Court expects the parties to stipulate into evidence all exhibits to which there is no objection.

4.   <u>Sanctions</u>.   Failure of a party to comply timely with Paragraphs 2 and 3 may result in removal of the Trial from the calendar, exclusion of evidence or the imposition of monetary or non-monetary sanctions.

5.   <u>Bankruptcy Dispute Resolution Program</u>:   The Bankruptcy Dispute Resolution Program (BDRP) offers a means to resolve disputes quickly, at less cost and often without the stress and pressure of litigation.   Methods include mediation, negotiation, early neutral evaluation and settlement facilitation.   Parties wishing assignment to the BDRP or to a judicially supervised Settlement Conference should contact Brook Esparza at (408) 278-7564.   The BDRP procedures are explained in B.L.R. 9040-1 *et seq.*   A list of available Resolution Advocates and their resumes are available at the Clerk's Office.

DATED: May 16, 2011

*Arthur S. Weissbrodt*
ARTHUR S. WEISSBRODT
UNITED STATES BANKRUPTCY JUDGE

ORDER

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

A.P. NO._____          DATE_____

CASE NO._____          TRIAL DATE_____

COURTROOM_____          TRIAL TIME_____

_____ vs. _____

EXHIBIT LIST

( )  Plaintiff                          Attorney:_____

( )  Defendant                          _____

                                        _____

| EXHIBIT NUMBER/ LETTER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | Marked for Identification | Admitted in Evidence | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

1  Court Service List

2  U.S. Trustee
   U.S. Federal Bldg.
3  280 S 1st St. #268
   San Jose, CA 95113-3004
4
   Carol W. Wu
5  Chapter 7 Panel Trustee
   25A Crescent Dr. #413
6  Pleasant Hill, CA 94523

7  Linda Sorensen, Esq.
   Law Offices of Linda L. Sorensen
8  P.O. Box 325
   Bodega Bay, CA 94923
9
   Reidun Stromsheim, Esq.
10 Law Offices of Stromsheim and Assoc.
   201 California St. #350
11 San Francisco, CA 94111

12 i2a Technologies
   2221 Old Oakland Road
13 San Jose, CA 95131

14 Dann B. Jones, Esq.
   Rossi, Hamerslough, Reischl and Chuck
15 1960 The Alameda #200
   San Jose, CA 95126-1493
16
   Victor A. Batinovich
17 2221 Old Oakland Road
   San Jose, CA 95131
18
19
20
21
22
23
24
25
26
27
28

ORDER